| | |
|---|---|
| 1 | Peter J. Kennedy (SBN 166606) |
| | pkennedy@reedsmith.com |
| 2 | Natasha Sung (SBN 228633) |
| | nsung@reedsmith.com |
| 3 | REED SMITH LLP |
| | 355 South Grand Avenue |
| 4 | Los Angeles, CA 90071 |
| | Telephone: 213.457.8000 |
| 5 | Facsimile: 213.457.8080 |
| 6 | Mark S. Melodia |
| | (*Pro Hac Vice* to be filed) |
| 7 | mmelodia@reedsmith.com |
| | Paul Bond |
| 8 | (*Pro Hac Vice* to be filed) |
| | pbond@reedsmith.com |
| 9 | REED SMITH LLP |
| | Princeton Forrestal Village |
| 10 | 136 Main Street, Suite 250 |
| | Princeton, NJ 08540 |
| 11 | Telephone: 609.520.6015 |
| | Facsimile: 609.951.0824 |
| 12 | |
| 13 | Attorneys for Defendant |
| | Countrywide Financial Corporation, Bank of |
| 14 | America Corporation, Countrywide Bank, |
| | FSB, and Countrywide Home Loans, Inc. |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PABLO POSADA, TONY SAYEGH, ROBERT CAPP, JR., and CHARLOTTE CAPP, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation; COUNTRYWIDE BANK, FSB, a Virginia corporation; and COUNTRYWIDE HOME LOANS, INC., a New York corporation, <br><br> Defendants. | Case No. CV08-02246 GEB DAD <br><br> **[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** <br><br> Compl. Filed: September 24, 2008 <br><br> Honorable Garland E. Burrell, Jr. <br><br> Courtroom: 10 |

# ORDER

After full consideration of the parties' Stipulation Staying Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, the accompanying Request for Judicial Notice in support of the Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that this action is stayed pending the Judicial Panel on Multidistrict Litigation's resolution of the motion to transfer for coordinated or consolidated pretrial proceedings presently before it.

However, Defendants shall file a status report no later than January 6, 2009, in which they explain only the status of their effort to transfer this action to Multidistrict Litigation.

DATED: November 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge